FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIKY THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>GENESIS CREDIT MANAGEMENT, LLC,<br><br>    Defendant. | NO. 2:17-cv-00400-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulation to Dismiss Case With Prejudice, ECF No. 8. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court accepts the stipulation and enters it into the record.

//
//
//
//
//
//
//
//

**ORDER OF DISMISSAL** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation to Dismiss Case With Prejudice, ECF No. 8, is **ACCEPTED** and **ENTERED** into the record.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 1st day of May 2018.



                                Stanley A. Bastian
                            United States District Judge

**ORDER OF DISMISSAL** + 2